UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MARLON D. QUARLES, | ) | |
| Petitioner, | ) | Civil Action No. 5: 18-472-DCR |
| v. | ) | |
| FRANCISCO J. QUINTANA, Warden, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Respondent Francisco Quintana, Warden of the Federal Medical Center in Lexington, Kentucky, with respect to all issues raised in this proceeding.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated August 1, 2018.



Signed By: 
*Danny C. Reeves*
United States District Judge